995 A.2d 873

**Robert PETTY and R.G. Petty Masonary, Petitioners**

v.

**HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA, d/b/a Blue Cross of Northeastern Pennsylvania, a Non–Profit Pennsylvania Corporation, Respondent.**

Supreme Court of Pennsylvania.

June 1, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of June, 2010, the Petition for Allowance of Appeal is hereby **GRANTED, IN PART,** and **LIMITED** to the following questions, as restated for clarity:

1. Whether policyholders and subscribers who have purchased medical insurance from a nonprofit corporation have standing under 15 Pa.C.S.A. § 5793(a) of the Non Profit Corporation Law of 1988 to challenge the corporation's actions in court?

2. Whether policyholders and subscribers who have purchased medical insurance from a nonprofit corporation have standing to maintain a breach of contract claim for the non profit corporation's alleged violation of other provisions of the Non Profit Corporation Law of 1988, such as 15 Pa. C.S.A. § 5545?

3. Whether policyholders and subscribers who have purchased medical insurance from a nonprofit corporation may maintain a claim for breach of fiduciary duty against that corporation for its alleged excess accumulation of surplus profits?

In all other respects, the Petition for Allowance of Appeal is **DENIED.**